# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>    Plaintiff,<br><br>    v.<br><br>ROSALINDA C. TOVAR, individually and dba ROSA LINDA'S,<br><br>    Defendant. | Case No. 1:16-cv-01208-DAD-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>DECEMBER 6, 2016 DEADLINE |

On November 2, 2016, Plaintiff filed a notice of contingent settlement informing the Court that the parties have reached settlement resolving this action. (ECF No. 7.)

Accordingly, it is HEREBY ORDERED that:

1.     All pending matters and dates are VACATED; and

2.     The parties shall file dispositional documents on or before December 6, 2016.

IT IS SO ORDERED.

Dated:   **November 2, 2016**

_____
UNITED STATES MAGISTRATE JUDGE